IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MANUEL ORTEGA,<br><br>                Plaintiff,<br><br>v.<br><br>CJ'S RESTAURANT AND BAKERY, DELICIOUS FOODS LLC, CHRIS N. TZAKIS , and NAGENDRA PRASAD REDDY;<br><br>                Defendants. | **REPORT AND RECOMMENDATION TO FIND AS MOOT PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 28)**<br><br><br>Case No. 2:16-cv-00167-JNP-EJF<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff Mr. Ortega moves the Court[1] to issue a "preliminary injunction, which would prohibit Prasad Reddy and his agents from illegally retaliating against Plaintiff and his loved ones by making unlawful and unconscionable threats against them, which have been plainly made to intimidate Mr. Ortega into dismissing the lawsuit at issue." (Pls'. Mot. for a TRO ("Mot."), ECF No. 28.) The Court held a hearing on Mr. Ortega's Motion on January 30, 2017 and issued an order regarding Mr. Reddy, CJ's Restaurant and Bakery, and Delicious Foods' (the Reddy Defendants) conduct during litigation. (ECF No. 32.) Mr. Ortega did not object to that Order issuing in lieu of the requested temporary restraining order or preliminary injunction. Because the undersigned issued that Order, the undersigned RECOMMENDS the District Court find Mr. Ortega's Motion for a Temporary Restraining Order moot.

The Court will send copies of this Report and Recommendation to the parties and hereby notifies them of their right to object to the same. The Court further notifies the parties that they

---

[1] On January 27, 2017, District Judge Jill N. Parrish referred this Motion to the undersigned Magistrate Judge under 28 U.S.C. § 636(b)(1)(B). (ECF No. 29.)

1

must file any objection to this Report and Recommendation with the clerk of the court, pursuant to

28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), within fourteen (14) days of service thereof.  Failure to

file objections may constitute waiver of objections upon subsequent review.

DATED this 30th day of January 2017.

BY THE COURT:

EVELYN J. FURSE
United States Magistrate Judge