IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MANUEL ORTEGA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NAGENDRA PRASAD REDDY, CHRIS N. TZAKIS, CJ'S RESTAURANT AND BAKERY, and DELICIUOS FOODS LLC<br><br>　　　　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-00167-JNP-EJF<br><br>Judge Jill N. Parrish |

　　　　Based on the court's review of the record and Judge Furse's Report and Recommendation, [Docket 34], the court adopts the Judge Furse's recommendation and denies Mr. Ortega's motion for a TRO, [Docket 28], as the motion is now moot.

　　　　DATED February 15, 2017.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JILL N. PARRISH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge